# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| AARON SCOTT JOHNSON, | : | No. 36 WM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY JUDGE MANNING, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hyrbid representation is not permitted).

    The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.